EXHIBIT 3

6601 NW 25th Street
Miami, FL 33122



**U.S. Customs and
Border Protection**

**APR 0 5 2019**

### NOTICE OF SEIZURE AND INFORMATION TO CLAIMANTS
### NON-CAFRA FORM

## VIA EMAIL AND REGULAR MAIL

Peter Quinter, Esquire
Gray Robinson
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131

Re:     Eva De Shipping/Milfort Sanon
        Case Number 2019-5201-000430-01/JP

Dear Mr. Quinter:

This is to notify you that U.S. Customs and Border Protection (CBP) seized the property
described below at Miami, Florida on March 20, 2019:

**Describe property:   260' 1977 M/V Doris T w/inventory, Vessel; IMO Number:
7626748**

The appraised domestic value of the property is $320,000.00.

The property was seized and is subject to forfeiture under the provisions of Title 19 United
States Code, Section 1703 (vessels outfitted for smuggling).

The facts available to CBP indicate that you might have an interest in the seized property.
The purpose of this letter is to advise you of the options available to you concerning this
seizure.  <u>An important document – an "Election of Proceedings" form is enclosed with this
letter.</u>  You must choose one of the options outlined below, indicate your choice on the
"Election of Proceedings" form, and return it and any other necessary documents to CBP
within the allotted time frame.  Should you choose to abandon the property, you must still
complete the "Election of Proceedings" form and return it to CBP.

Your options are as follows:

1.  **Petition:**  You may file a petition with this office within 30 days from the date of this
    letter in accordance with Title 19, United States Code (U.S.C.), Section 1618 (19 U.S.C.
    §1618) and Title 19, Code of Federal Regulations (C.F.R.), Sections 171.1 and 171.2 (19
    C.F.R. §§ 171.1, 171.2), seeking remission of the forfeiture.  The petition does not need
    to be in any specific form, but it must describe the property involved, identify the date

(ATT 8-B: Revised November 2014)

and place of the seizure, include all the facts and circumstances which you believe warrant relief from forfeiture, and must include proof of your interest in or claim to the property. Examples of proof of interest include, but are not limited to a car title, loan agreement, or documentation of the source of funds. **If you choose this option, you must check Box 1 on the "Election of Proceedings" form.**

By completing Box 1 on the "Election of Proceedings" form, you are requesting administrative processing of your case by CBP. You are requesting that CBP refrain from beginning forfeiture proceedings while your petition is pending or that CBP halt administrative forfeiture proceedings, if they have already commenced. However, if CBP has already referred the matter to the U.S. Attorney's Office for the institution of judicial forfeiture proceedings, your petition will be forwarded to the U.S. Attorney for consideration.

If you are dissatisfied with the petition decision (initial petition or supplemental petition), you will have an additional 60 days from the date of the initial petition decision, or 60 days from the date of the supplemental petition decision, or such other time as specified by the *Fines, Penalties and Forfeitures Officer* to file a claim to the property, along with the required cost bond, requesting referral of the matter to the U.S. Attorney's Office for judicial action. If you do not act within these time frames, CBP may forfeit the property to the United States as authorized by law.

At any point prior to the forfeiture of the property, you may request a referral to the U.S. Attorney by filing a claim and cost bond. *Please see section 4 of this letter for information on how to file a claim and cost bond.* If you take such action after filing a petition for relief, your pending petition will be withdrawn from consideration.

2. **Offer in Compromise:** At any time prior to forfeiture, you may file an offer in compromise in accordance with Title 19, U.S.C., Section 1617 (19 U.S.C. § 1617) and Title 19, C.F.R., Sections 161.5 and 171.31 (19 C.F.R. §§ 161.5, 171.31). The offer must specifically state that you are making it under the provisions of 19 U.S.C. § 1617. If you are offering money in settlement of the case, you must include payment (bank draft, cashier's check or certified check, drawn on a U.S. financial institution, and made payable to CBP) in the amount of your offer. CBP may only consider the amount of your offer and will return the full offer if it is rejected. *This option may serve to delay the case.* If you choose this option, you must check **Box 2 on the "Election of Proceedings" form.**

   If you chose to submit an offer in compromise and are dissatisfied with the offer decision, you will have an additional 30 days from the date of the offer decision to file a claim and

(ATT 8-B: Revised November 2014)

bond requesting a referral for judicial action.  If you do not act within the additional 30 days, the property may be forfeited to the United States.

You may also request a referral for judicial action at any point prior to the issuance of the offer in compromise decision.  *(Please see section 4 of this letter for information on how to file a claim and cost bond.)*  If you take such action, your petition or offer will be considered to have been withdrawn.

If, upon receipt of your offer, the matter has already been referred to the U.S. Attorney for the institution of judicial forfeiture proceedings, your offer will be forwarded to the United States Attorney for consideration as an offer of settlement in the judicial case, as appropriate.

3.  **Abandon:**  You may abandon the property or state that you have no claim or interest in it.  If you choose this option, you should check **Box 3** on the "Election of Proceedings" form.  The Government may proceed with forfeiture proceedings or address claims from other parties concerning the property, without further involving you.

4.  **Court Action:**  You may request to have this matter referred to the U.S. Attorney for institution of judicial forfeiture proceedings by notifying the office identified in this letter, in writing, that you do not intend to file a petition or offer in compromise with CBP or post the value of the merchandise to obtain its release on payment (see below).  **If you choose this option, you should check Box 4 on the "Election of Proceedings" form.**

If you chose this option, you must submit to CBP (at the address provided at the end of this letter) a claim and cost bond in the penal sum of $5,000 or 10 percent of the value of the claimed property, whichever is less, but in no case shall the amount of the bond be less than $250.00.

If you file the claim and bond, the case will be referred promptly to the appropriate U.S. Attorney for the institution of judicial proceedings in Federal court to forfeit the seized property in accordance with 19 U.S.C. § 1608 and 19 C.F.R. § 162.47.  You may then file a petition for relief with the Department of Justice pursuant to Title 28, Code of Federal Register, Part 9 (28 C.F.R. Pt. 9).  Failure to submit a bond with the claim will render the request for judicial proceedings incomplete, and therefore, defective.  This means that the case will NOT be referred to the appropriate U.S. Attorney.

If you wish the Government to seek judicial forfeiture proceedings but cannot afford to post the bond, you should contact the Fines, Penalties & Forfeitures Officer or Asset Forfeiture Officer of CBP (where applicable) so that CBP can make a determination of

(ATT 8-B: Revised November 2014)

your financial ability to pay the bond.   If a determination of inability to pay is made, the cost of the bond may be waived in its entirety.  The case will be referred promptly and you may then file a petition for relief with the Department of Justice pursuant to 28 C.F.R. Pt. 9.

**Take No Action:** If you choose to do nothing, CBP may seek to forfeit the property.  In order to obtain forfeiture, CBP must publish a notice of seizure and intent to forfeit for 30 consecutive days, and after that time the Government acquires full title to the seized property. **The first notice will be posted on or about the date of this this letter.**

> For property appraised in excess of $5,000, CBP will post notice of seizure and intent to forfeit on the internet at www.forfeiture.gov  for 30 consecutive days.

> For property appraised at $5000 or less, CBP will post notice of seizure and intent to forfeit in a conspicuous place accessible to the public at the customhouse or Border Patrol sector office (where appropriate) nearest the place of seizure as well as on the internet at www.forfeiture.gov for 30 consecutive days.

**Release on Payment:**  If the seized merchandise is not, by law, prohibited from entry into the commerce of the United States, you may, within 30 days of this letter, submit an offer to pay the full appraised domestic value of the seized property accompanied by the full payment (bank draft, cashier's check or certified check, drawn on a U.S. financial institution, and made payable to CBP) or an irrevocable letter of credit in accordance with 19 U.S.C. § 1614 and 19 C.F.R. § 162.44.

If CBP accepts your offer to substitute release of the seized property on payment, the property will be immediately released, and the payment or letter of credit will be substituted for the seized property.  You may still submit a petition, offer in compromise, or file a claim and cost bond requesting that the matter be referred to the U.S. Attorney's Office, and you must check the appropriate box on the "Election of Proceedings" form.  The decision letter on your offer will provide you with the time frames for those options.
If, upon receipt of your offer, the matter has already been referred to the U.S. Attorney's Office for the institution of judicial forfeiture proceedings, your offer will be forwarded to the U.S. Attorney for consideration.

**Holder of a Lien or Security Interest:**  If you are a holder of a lien or security interest and you do not file a request for court action (option 4 above), you may avail yourself of any of the other options listed.  No relief will be granted to you until after forfeiture, unless your petition, offer or request is accompanied by an agreement to hold the United States, its officers and employees harmless, and a release from the registered owner and/or person from whom the property was seized.

(ATT 8-B: Revised November 2014)

<u>All accompanying documents, including supporting documents, must be in the English language or accompanied by an English language translation and submitted in duplicate.</u>

No matter which box you check on the enclosed "Election of Proceedings" form, you should sign, date and return the form, along with any petition, offer in compromise, or request for judicial forfeiture proceedings if those documents are necessary to support the option you choose. *If you did not receive this form, please call the telephone number below.*

In addition to the seizure and forfeiture liability, you may be liable for a civil penalty in this matter. If you are liable for a civil penalty, details on the civil penalty are in the attached letter; or, if not attached, are being prepared and will be mailed shortly.

All correspondence should be addressed to U.S. Customs and Border Protection, Post Office Box 52-2207, Miami, Florida 33152-2207. Should further information be required, contact Ms. Jeannie Perez at Fines, Penalties and Forfeitures Office at 305-717-4950. Inquiries should reference the case number.

Sincerely,



Robert M. Del Toro
Director, Fines, Penalties and Forfeitures

Enclosures:  Election of Proceedings – Non-CAFRA Form


A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION
UNDER TITLE 18, U.S.C., SECTION 1001 AND/OR 1621, AND MAY BE PUNISHABLE
BY A FINE AND IMPRISONMENT

(ATT 8-B: Revised November 2014)

**ELECTION OF PROCEEDINGS – NON-CAFRA FORM**

NOTE: PLEASE READ THE LETTER NOTICE OF SEIZURE AND INFORMATION FOR CLAIMANTS BEFORE YOU FILL OUT THIS FORM. <u>THIS FORM SHOULD BE COMPLETED AND RETURNED TO U.S. CUSTOMS AND BORDER PROTECTION (CBP) AT P.O. BOX 52-2207, MIAMI, FLORIDA  33152-2207.</u>

I understand that property in which I have an interest has been seized by U.S. Customs and Border Protection (CBP) under Case Number **2019-5201-000430-01/JP**.

Check ONLY ONE of the five following choices:

☐ **1. I REQUEST THAT CBP CONSIDER MY <u>PETITION</u> ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED.**  My petition is attached.  By making this request, I understand that I am giving up my right to (1) immediately begin administrative forfeiture proceedings, as provided by 19 U.S.C. § 1607 and 19 C.F.R. § 162.45, or (2) have the case immediately referred to the U.S. Attorney for court action, as provided by 19 U.S.C. § 1608 and 19 C.F.R. § 162.47.  If administrative forfeiture has begun, it will be stopped until my petition is considered.  However, I understand that *at any time* I can request, in writing, that you begin administrative forfeiture proceedings, and you will continue to consider my petition.  I also understand that *at any time* I can file a claim and bond with CBP and CBP's consideration of my petition will stop and the case will be sent to the U.S. Attorney's Office for court action.

☐ **2. I REQUEST THAT CBP CONSIDER MY <u>OFFER IN COMPROMISE</u> ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED.**  My offer is attached.  By making this request, I understand that I am giving up my right to (1) immediately begin administrative forfeiture proceedings, as provided by 19 U.S.C. § 1607 and 19 C.F.R. § 162.45, or (2) have the case immediately referred to the U.S. Attorney for court action, as provided by 19 U.S.C. § 1608 and 19 C.F.R. § 162.47.  If administrative forfeiture has begun, it will be stopped until my offer is considered.  However, I understand that *while my offer is under consideration* I can request, in writing, that CBP begin administrative forfeiture proceedings, and CBP will continue to consider my offer.  I also understand that *while my offer is under consideration* I can file a claim and cost bond with CBP and CBP's consideration of my offer will stop and the case will be sent to the U.S. Attorney's Office for court action.

☐ **3. I <u>ABANDON</u> THE PROPERTY AND I REQUEST THAT CBP BEGIN ADMINISTRATIVE PROCEEDINGS TO FORFEIT THE PROPERTY.**  Please immediately begin publication of the notice of seizure and intent to forfeit.  I abandon any claim or interest in the property.

☐ **4. I REQUEST THAT CBP SEND MY CASE FOR <u>COURT ACTION</u>.**  Please immediately refer the case to the U.S. Attorney's Office for the institution of judicial forfeiture proceedings.  I am filing/will file a claim and bond with CBP.

☐ **5. I REQUEST THAT CBP BEGIN <u>ADMINISTRATIVE PROCEEDINGS</u> TO FORFEIT THE PROPERTY.**  Please immediately begin publication of the notice of seizure and intent to forfeit the property, and consider any petition or offer in compromise which I may timely file.  I understand that within thirty (30) days of the first publication of the notice, I can request that CBP send the case to the U.S. Attorney's Office for institution of judicial forfeiture proceedings.

_____                      _____
Name (Print)                                                                Date


_____
Signature

Page 1 of 1                                                                (ATT 8-C: Revised November 2014)