**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-21394-CIV-ALTONAGA/Goodman**

**EVA DE SHIPPING LLC**,

     Plaintiff,

v.

**U.S. CUSTOMS AND BORDER**
**PROTECTION (CBP)** and
**KEVIN MCALEENAN**,

     Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff, Eva De Shipping LLC's Expedited Motion for Preliminary Injunction and Incorporated Memorandum of Law [ECF No. 7], filed April 22, 2019. Plaintiff requests the Court enter a preliminary injunction against Defendants, compelling them to "comply with their own regulations…and release the M/V Doris T during the pendency of this action…." (Mot. 2 (alterations added)).

While a temporary restraining order may be issued without notice to the adverse party, a preliminary injunction is issued after the adverse party has received notice of the requested relief. *See* Fed. R. Civ. P. 65(b)(1) ("The court may issue a temporary restraining order without written or oral notice to the adverse party . . . ." (alteration added)); *id.* 65(a)(1) ("The court may issue a preliminary injunction only on notice to the adverse party."). There is no indication on the docket Defendants have been served with the Complaint [ECF No. 1]. Plaintiff does not certify Defendants have been served, nor have Defendants appeared in the action. (*See generally* Compl.). Thus, a preliminary injunction is not procedurally proper.

Accordingly, it is

CASE NO. 19-21394-CIV-ALTONAGA/Goodman

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 7]** is **DENIED**.  Plaintiff may re-file a motion for a preliminary injunction after Defendants are properly served.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of April, 2019.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record